TRIUMPH PHARMACEUTICALS, INC., Respondent,

v.

Raymond BARRETT, Marvin Cohen, and Charlotte Cohen, Respondents,

and

Susanne Cohen, Appellant.

No. ED 100506.

Missouri Court of Appeals, Eastern District, Division Two.

July 15, 2014.

Application for Transfer to Supreme Court Denied Sept. 22, 2014.

Application for Transfer Denied Dec. 23, 2014.

Charles W. Armbruster III, Alton, IL, for appellant.

Daniel J. Cohen, Douglas W. King, Mark E. Goodman, John S. Meyer, Jr., Stephen T. Hamby, Sheila Greenbaum, St. Louis, MO, Richard S. Bender, David G. Bender, Clayton, MO, for respondents.

Before LAWRENCE E. MOONEY, P.J., ROBERT G. DOWD, JR., J., and SHERRI B. SULLIVAN, J.

## ORDER

PER CURIAM.

Susanne Cohen appeals the denial of her motion to intervene as a matter of right under Rule 52.12(a). An opinion would have no precedential value. We have furnished the parties with a memorandum, for their information only, explaining the reasons for our decision. We affirm. Rule 84.16(b)(1) & (5).